# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SERIALES, | Case No. 1:18-cv-01064-JLT-HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION TO NAME A PROPER RESPONDENT |
| v. | |
| JOE LIZARRAGA, Warden, | [Doc. 6] |
| Respondent. | |

On August 9, 2018, Petitioner filed a federal petition for writ of habeas corpus naming the Federal Bureau of Prisons ("BOP") as Respondent in this matter. The Court advised Petitioner that the BOP is not a proper respondent and granted him leave to amend the respondent in order to avoid dismissal of the action.

On August 27, 2018, Petitioner filed a motion to amend the petition to change the name of Respondent to Joe Lizarraga, Warden of Mule Creek State Prison. Since Joe Lizarraga is the warden of his institution and currently has "day-to-day control over" Petitioner, the request is proper. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

///
///
///
///

1

**ORDER**

Accordingly, Petitioner's motion to amend the petition is GRANTED. The Clerk of Court is DIRECTED to substitute Joe Lizarraga as Respondent in this matter.

IT IS SO ORDERED.

Dated: **August 29, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE